# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: TSAWD Holdings, Inc., et al., : <br> : <br> Debtors. : <br> _____ : <br> : <br> WILMINGTON SAVINGS FUND : <br> SOCIETY, FSB, as Successor : <br> Administrative and Collateral Agent, : <br> : <br> Appellant, : <br> : <br> v. : <br> : <br> PERFORMANCE APPAREL CORP., : <br> also known as Hot Chillys, Inc., : <br> : <br> Appellee. : | C. A. No. 18-1923-RGA <br><br> Bankruptcy Case No. 16-50317 <br> BAP No. 18-60 |

## **RECOMMENDATION**

At Wilmington this **8th** day of **March, 2019**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, counsel provided a joint letter on or before December 20, 2018. regarding their respective client's position on mediation and the bases for their positions.[1]  As a result of the parties' joint letter, a teleconference was held on January 10, 2019 for further review and discussion with counsel to determine the appropriateness of mediation in this matter.  As a result of the teleconference, counsel provided information by private emails to this judge regarding their client's respective

---

[1]Consistent with the Oral Order of December 6, 2018 (D.I. 3), the letter of the parties to this appeal was not docketed.

positions on settlement numbers;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. In light of the joint letter and discussions during the teleconference, no objections are anticipated to this Recommendation removing the matter from mandatory mediation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1.

IT IS FURTHER recommended that counsel file a stipulated briefing schedule for this appeal within in ten (10) days of the issuance of this Recommendation.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge